**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                    : **CHAPTER 13**
    **Daria I. McFarland**          :
                                 :
                                 :
       **Debtor(s)**          : **NO.  17-10871 MDC**

## CERTIFICATE OF SERVICE

I, MICHAEL A. LATZES, ESQUIRE, attorney for debtor, hereby certifies that  true and correct copies of the Amended Chapter 13 Plan and Amended Schedule J were mailed either first class mail, postage prepaid or electronically on September 11, 2017, to all interested parties.

9-11-17                                         /s/     MICHAEL A. LATZES
DATE                                          MICHAEL A. LATZES, ESQUIRE
                                              Attorney for Debtor