IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

-------------------------------------------------------x
In re:                                          :
                                                :     In Chapter 13
    DARIA I. MCFARLAND              :
                                                :     Bankruptcy No. 17-10871 (MDC)
                   Debtor.      :
-------------------------------------------------------x

## PRAECIPE TO WITHDRAW OBJECTION

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the City of Philadelphia's Objection to the Proposed Chapter 13 Plan (Document #20) which was filed on September 5, 2017.

                                                    Respectfully submitted,

                                                    THE CITY OF PHILADELPHIA

Dated: September 11, 2017        By:   */s/ Megan N. Harper*
                                                    MEGAN N. HARPER
                                                    Deputy City Solicitor
                                                    PA Attorney I.D. 81669
                                                    Attorney for the City of Philadelphia
                                                    City of Philadelphia Law Department
                                                    Municipal Services Building
                                                    1401 JFK Boulevard, 5th Floor
                                                    Philadelphia, PA  19102-1595
                                                    215-686-0503 (phone)
                                                    Email: Megan.Harper@phila.gov