**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | **: CHAPTER 13** |
|     **Daria I. McFarland** | **:** |
| | **:** |
| | **:** |
|     **Debtor(s)** | **: NO. 17-10871 MDC** |

<u>CERTIFICATE OF SERVICE</u>

I, MICHAEL A. LATZES, ESQUIRE, attorney for debtor, hereby certifies that a true and correct copy of the Second Amended Chapter 13 Plan was mailed either first class mail, postage prepaid or electronically on September 13, 2017, to all interested parties.


<u>9-13-17</u>                                                                            <u>/s/     MICHAEL A. LATZES</u>
DATE                                                                                  MICHAEL A. LATZES, ESQUIRE
                                                                                          Attorney for Debtor