IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------------x
In re:                                            :
                                                  :        In Chapter 13
    DARIA I. MCFARLAND          :
                                                  :        Bankruptcy No. 17-10871 (MDC)
                  Debtor.    :
---------------------------------------------------------x

## PRAECIPE TO WITHDRAW OBJECTION

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the City of Philadelphia's Objection to the Proposed First Amended Chapter 13 Plan (Document #22) which was filed on September 11, 2017.

                                      Respectfully submitted,

                                      THE CITY OF PHILADELPHIA

Dated: September 14, 2017      By:   */s/ Megan N. Harper*
                                       MEGAN N. HARPER
                                       Deputy City Solicitor
                                       PA Attorney I.D. 81669
                                       Attorney for the City of Philadelphia
                                       City of Philadelphia Law Department
                                       Municipal Services Building
                                       1401 JFK Boulevard, 5th Floor
                                       Philadelphia, PA  19102-1595
                                       215-686-0503 (phone)
                                       Email: Megan.Harper@phila.gov