United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-10871-mdc
Daria I. McFarland                                                      Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: YvetteWD        Page 1 of 2              Date Rcvd: Nov 14, 2017
                            Form ID: pdf900       Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 16, 2017.
db             +Daria I. McFarland,    5834 Willows Ave.,    Philadelphia, PA 19143-4519
13863045       +Capital One Bank,    c/o Northland Group Inc.,    P.O. BOX 390846,    Attn: Bankruptcy Dept.,
                 Minneapolis, MN 55439-0846
13863046       +City of Philadelphia,    Bureau of Admin Adjucation,    913 Filbert Street,
                 Attn: Bankruptcy Dept.,    Philadelphia, PA 19107-3117
13863048       +Commonwealth of PA - Dept of Revenue,    P.O. BOX 280948,    Attn: Bankruptcy Dept.,
                 Harrisburg, PA 17128-0948
13863049       +George V. Baker, Jr., Esquire,    GRB Law,    1425 Spruce Street, Suite 100,
                 Philadelphia, PA 19102-4578
13978629       +MEGAN N. HARPER,    Deputy City Solicitor,    Attorney for the City of Philadelphia,
                 Municipal Services Building,    1401 JFK Boulevard, 5th Floor,    Philadelphia, PA 19102-1617
13933839       +Matteo S. Weiner, Esquire,    KML Law Group, P.C.,    Atty fot Toyota Motor Credit Corp,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13863050       +P.G.W.,    800 W. Montgomery Avenue,    Attn: Bankruptcy Dept.,    Philadelphia, PA 19122-2898
13863051      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                 (address filed with court: Toyota Motor Credit Corp.,    P.O. BOX 8026,
                 Attn: Bankruptcy Dept.,    Cedar Rapids, IA 52409-8026)
13993692        Toyota Motor Credit Corporation,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
13888042       +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Nov 15 2017 02:09:31     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 15 2017 02:09:05
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 15 2017 02:09:15     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/Text: bankruptcy@phila.gov Nov 15 2017 02:09:31     City of philadelphia,
                 Law Department,    c/o Megan N. Harper,    1401 JFK Blvd., Rm 580,    Philadelphia, PA  19102
13863047        E-mail/Text: bankruptcy@phila.gov Nov 15 2017 02:09:31
                 City of Philadelphia - Law Department,    One Parkway Building, 15th floor,    1515 Arch Street,
                 Philadelphia, PA 19102-1595
13962307       +E-mail/Text: bankruptcy@phila.gov Nov 15 2017 02:09:31
                 CITY OF PHILADELPHIA LAW DEPARTMENT - TAX UNIT,    BANKRUPTCY GROUP - MSB,
                 1401 JOHN F. KENNEDY BLVD, 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
13934341        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 15 2017 02:15:25
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13871358       +E-mail/Text: equiles@philapark.org Nov 15 2017 02:09:34     Philadelphia Parking Authority,
                 701 Market Street Suite 5400,    Philadelphia, PA 19106-2895
13930860       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 15 2017 02:15:44     Verizon,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             Toyota Motor Credit Corporation,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern, PA  19355-0701
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2017                                     Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: YvetteWD              Page 2 of 2                   Date Rcvd: Nov 14, 2017
                              Form ID: pdf900             Total Noticed: 20
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 14, 2017 at the address(es) listed below:

```
          MATTEO SAMUEL WEINER    on behalf of Creditor   Toyota Motor Credit Corporation
           bkgroup@kmllawgroup.com
          MEGAN N. HARPER    on behalf of Creditor   City of philadelphia megan.harper@phila.gov,
           james.feighan@phila.gov
          MICHAEL A. LATZES    on behalf of Debtor Daria I. McFarland efiling@mlatzes-law.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                       TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| Daria I. McFarland | : |
| | : |
| Debtor(s) | : NO. 17-10871 MDC |

### ORDER DISMISSING CHAPTER 13 AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

**AND NOW,** upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee (the "Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This Chapter 13 bankruptcy case is **DISMISSED.**

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. Section 349 (b)(3), the undistributed Chapter 13 Plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. Section 349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty-one (21) days of the entry of this Order.

6. Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, on all interested parties within five (5) days of the entry of this Order. Within thirty (30) days after the entry of this Order, counsel shall file (1) a Certification of Service confirming such service,

and (2) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expenses has been filed, or if such application has been filed, set a hearing on all such applications.

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty (60) days of the entry of this Order, then the Standing Trustee shall, if any applications for administrative expenses other than Debtor's counsels have been filed, set a hearing thereon or, if no such application have been filed, be authorized to return such funds to Debtor pursuant to 11 U.S.C. Section 1326(a)(2).

Dated: 11/9/17

*(signature)*
MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE