UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
|    Daria I. McFarland | : |
| | : |
|        Debtor(s) | : NO.  17-10871  MDC |

**O R D E R**

**IT IS HEREBY ORDERED AND DECREED THAT:** Debtor's counsel's Application for Allowance of Compensation in the amount of $2,700.00 is approved.

(Debtor paid $1,000.00 of the amount prior to the bankruptcy filing)

December 18, 2017

*Magdeline D. Coleman*
_____
                                               J.