United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-10871-mdc
Daria I. McFarland                                                    Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: YvetteWD            Page 1 of 1              Date Rcvd: Dec 19, 2017
                             Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 21, 2017.
db             +Daria I. McFarland,    5834 Willows Ave.,    Philadelphia, PA 19143-4519

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 19, 2017 at the address(es) listed below:
              MATTEO SAMUEL WEINER    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              MEGAN N. HARPER    on behalf of Creditor    City of philadelphia megan.harper@phila.gov,
               james.feighan@phila.gov
              MICHAEL A. LATZES    on behalf of Debtor Daria I. McFarland efiling@mlatzes-law.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                          TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
    Daria I. McFarland :
 :
    Debtor(s) : NO.   17-10871  MDC

**O R D E R**

**IT IS HEREBY ORDERED AND DECREED THAT:** Debtor's counsel's Application for Allowance of Compensation in the amount of $2,700.00 is approved.

(Debtor paid $1,000.00 of the amount prior to the bankruptcy filing)

December 18, 2017

_____
                     J.